PROB 12B
(pawp 1/12)

UNITED STATES DISTRICT COURT
for
**Western District Of Pennsylvania**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Timothy Golby          Case Number: 0315 3:11CR00022-010

Name of Sentencing Judicial Officer: The Honorable Kim R. Gibson

Date of Original Sentence: September 3, 2014

Original Offense:  Money Laundering

Original Sentence: 5 years' probation

Special Conditions: 12 months of home detention with electronic monitoring; shall not possess or use alcohol; drug testing and drug treatment as directed by U.S. Probation, and 500 hours of community service work.

Prior Court History: None

Type of Supervision: Probation

Date Supervision Commenced: September 3, 2014

# PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.
☒ To modify the conditions of supervision as follows:   Shall possess alcohol only for business related activities.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by: _____
John P. Kukar
United States Probation Officer

Approved By: _____
Romona Clark
Supervising U.S. Probation Officer

Date:          10/8/2014

Golby Cr. No. 11-22-10J
Page 2

THE COURT ORDERS:
☐ No action
☐ The extension of supervision as noted above.
☐ The modification of conditions as noted above.
☐ Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# United States District Court

## Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Shall not possess alcohol other than for business related activities.

Witness: _____  Signed: _____
             Kuklar, John P                         Timothy Golby
   United States Probation Officer        Probationer or Supervised Releasee

                          9-26-14
                           Date