IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Case No. 3:11-CR-22 |
|---|---|---|
| | ) | |
| v. | ) | JUDGE KIM R. GIBSON |
| | ) | |
| TIMOTHY GOLBY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**NOW**, this 24th day of April 2018, upon consideration of Defendant Timothy Golby's Motion to Terminate Defendant's Probation Term (ECF No. 1150) and Second Motion to Terminate Defendant's Probation Term (ECF No. 1151), this Court **HEREBY ORDERS** that Defendant Timothy Golby's probation term is **TERMINATED** as of the date of this Order.

In granting Defendant Timothy Golby's request, this Court acts pursuant to 18 U.S.C. § 3564(c) and Federal Rule of Criminal Procedure 32.1(c)(2)(C). This Court also considered all of the factors of 18 U.S.C. § 3553, the relevant case law of the Third Circuit, and the United States Sentencing Commission's 2016 Guidelines Manual and finds that, under these standards, Defendant Timothy Golby's conduct and circumstances (*see* ECF Nos. 1150, 1151) merit termination of the remainder of his term of probation.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE